**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 97-6419**

_____

ISAAC EUGENE SLAPPY,

                                          Plaintiff - Appellant,

      versus

CHARLES W. VANMETER, Regional Hearing Officer;
PAUL W. BREWTON, CACI Investigator; SCOTT
PORTER, Inmate Representative,

                                          Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Cameron McGowan Currie, District
Judge.  (CA-93-2277-22-BD)

_____

Submitted:  September 11, 1997    Decided:  September 22, 1997

_____

Before RUSSELL, MURNAGHAN, and HAMILTON, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Isaac Eugene Slappy, Appellant Pro Se.  William Benson Darwin, Jr.,
HOLCOMBE, BOMAR, COTHRAN, GUNN & BRADFORD, P.A., Spartanburg, South
Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion for relief from the judgment dismissing his 42 U.S.C. § 1983 (1994) action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Slappy v. Vanmeter</u>, No. CA-93-2277-22-BD (D.S.C. Mar. 10, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2